MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

TAI S. MILDER (CABN 267070)
Special Assistant United States Attorney
     1301 Clay Street, Suite 340S
     Oakland, California 94612
     Telephone: (510) 637-3680
     FAX: (510) 637-3724
     tai.milder2@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 14-00613 JST |
| Plaintiff, | **STIPULATION AND [PROPOSED] PROTECTIVE ORDER** |
| v. | |
| JUAN DIEAGO, | |
|     a/k/a Melvin Morris | |
|     a/k/a Peter Griga | |
| Defendant. | |

      The parties hereby stipulate and agree that entry of a protective order is appropriate in this matter. Upon request, the United States will produce to counsel for the defendant various discovery materials that contain personal and private information of the defendant and third parties. This information includes personal identifying information (such as social security numbers, birth dates, and driver's license numbers) and private financial information (such as account numbers, locations, and transactional records). Pursuant to Federal Rule of Criminal Procedure 16, the parties agree that disclosure of these materials should be subject to the restrictions outlined in the proposed order attached

/ / /

/ / /

1   to this Stipulation.

2

3   STIPULATED:

4

5   DATED: January 8, 2015                    _____/s/*_____
                                               JOHN PAUL REICHMUTH
6                                              Assistant Federal Public Defender
                                               Counsel for Defendant
7

8   DATED: January 8, 2015                    _____/s/_____
                                               TAI MILDER
9                                              Special Assistant U.S. Attorney

10

11  *Signed with permission.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. AND [~~PROPOSED~~] PROTECTIVE ORDER
CR 14-00613 JST                          2

1

## [~~PROPOSED~~] PROTECTIVE ORDER

2        Upon agreement of the parties, the Court finds that there is good cause to enter a protective order

3   regarding the documents and materials that will be produced by the United States to the defense as

4   discovery in this matter.  Therefore, the Court hereby ORDERS:

5        1.    Except when being actively examined for the purpose of the preparation of the defense of

6   the defendant, the discovery materials containing personal identifying and private financial information

7   of third parties produced by the government to defense counsel shall be maintained in a secure location

8   accessible only to defense counsel, members of his or her law firm, and his or her investigator(s).  That

9   discovery includes but is not limited to addresses, telephone numbers, credit card numbers, and

10  information related to credit card accounts and lines of credit.  Defense counsel, members of his or her

11  law firm, the defendant, and the investigator(s) shall not permit any person access of any kind to the

12  documents or disclose in any manner the personal identifying and private financial information of third

13  parties except as set forth below.

14       2.    The following individuals may examine the documents and information related to the

15  personal identifying and private financial information of third parties for the sole purpose of preparing

16  the defense of the defendant and for no other purpose:

17            a.    Counsel for defendant;

18            b.    Members of the defendant's law office who are assisting with the preparation of

19                  the defense;

20            c.    Defendant and third party witnesses, but only in the presence of defense counsel

21                  or another authorized person listed in this paragraph, except that the defendant

22                  may examine, outside the presence of counsel, a copy of such documents that is

23                  redacted to remove all personal identifying and private financial information of

24                  third parties; and

25            d.    Investigators and experts retained by the defendant to assist in the defense of this

26                  matter.

27       3.    Defense counsel acknowledge their responsibilities pursuant to Fed. R. Crim. P. 49.1 and

28  will redact discovery containing personal identifying information before filing it with the Court or

1  sharing it with third parties who are not signatories to this protective order.

2       4.    Within fourteen court days of the conclusion of this matter, the defense shall return or

3  destroy all materials provided to defense counsel pursuant to this Order, including all copies of the

4  materials.

5       5.    A copy of this order shall be maintained with the documents at all times.

6       6.    All individuals other than the defendant, defense counsel, and members of defense

7  counsel's law office who receive access to the materials pursuant to this Order, prior to receiving access

8  to the materials, shall sign a copy of this Order acknowledging that:

9            a.    they have reviewed the Order;

10           b.    they understand its contents;

11           c.    they agree that they will only access the documents and information for the

12                purposes of preparing a defense in this matter;

13           d.    they understand that failure to abide by this Order may result in sanctions by this

14                Court.

15      7.    No other person may be allowed to examine the material without further court order.

16  Examination of the documents shall be done in a secure environment which will not expose the

17  materials to other individuals not listed above.

18       IT IS SO ORDERED.

19  DATED: January 12, 2015

20

21  _____

22  HONORABLE JON S. TIGAR
    UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

1

## <u>ACKNOWLEDGMENT OF PROTECTIVE ORDER</u>

2

The undersigned acknowledges that he or she

3         i.      reviewed the attached Protective Order;

4        ii.     understands its contents;

5      iii.    agrees not to disclose the private personal, financial or medical information of the

6               defendant or any third party disclosed in the documents that are produced by the United States as discovery in the matter of *United States v. Juan Dieago*, CR 14-00613 JST;

7

8      iv.    understands that failure to abide by this Order may result in sanctions by the United States District Court for the Northern District of California; and

9       v.    agrees to submit to the jurisdiction of the District Court for the punishment of any violations of the Order.

10

11

| Name | Signature | Date |
|------|-----------|------|
|      |           |      |
|      |           |      |
|      |           |      |
|      |           |      |
|      |           |      |
|      |           |      |
|      |           |      |
|      |           |      |
|      |           |      |
|      |           |      |
|      |           |      |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[~~PROPOSED~~] PROTECTIVE ORDER
CR 14-00613 JST