MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

TAI S. MILDER (CABN 267070)
Special Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   FAX: (510) 637-3724
   tai.milder2@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 14-00613 JST |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM FEBRUARY 6, 2015 TO APRIL 17, 2015 |
| v. | ) |
| JUAN DIEAGO, <br>   a/k/a Melvin Morris <br>   a/k/a Peter Griga <br><br>Defendant. | ) |

     The defendant, Juan Dieago, represented by John Paul Reichmuth, Esquire, and the government, represented by Tai S. Milder, Special Assistant United States Attorney, appeared before the Court on February 6, 2015 for a status conference.

     The matter was continued to April 17, 2015 at 9:30 a.m. for further status. At the hearing, the parties were in accord that time be excluded under the Speedy Trial Act between February 6, 2015 and April 17, 2015 for effective preparation of defense counsel to, *inter alia*, review the discovery materials provided by the government.

     The parties hereby stipulate and agree that that the time between February 6, 2015 and April 17, 2015 should be excluded from computation under the Speedy Trial Act for effective preparation of

STIPULATION AND [PROPOSED] ORDER EXLUDING TIME
Case No. CR 14-00613 JST

counsel, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: February 10, 2015               Respectfully submitted,

                                       MELINDA HAAG
                                       United States Attorney

                                       /s/ Tai Milder
                                       TAI S. MILDER
                                       Special Assistant United States Attorney

                                       _/s/_____
                                       JOHN PAUL REICHMUTH*
                                       Assistant Federal Public Defender
                                       Counsel for Defendant

*Signed with permission.

## [PROPOSED] ORDER

For good cause shown, the Court finds that failing to exclude the time between February 6, 2015 and April 17, 2015 would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between February 6, 2015 and April 17, 2015 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between February 6, 2015 and April 17, 2015 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: February 10, 2015 _                    _____
                                              HONORABLE JON S. TIGAR
                                              United States District Judge