STEVEN G. KALAR
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone:  (510) 637-3500

Counsel for Defendant DIEAGO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | No. CR 14-613-JST |
| Plaintiff,  ) | |
| vs.  ) | STIPULATION TO CONTINUE; [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| JUAN DIEAGO,  ) | |
| Defendant.  ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the

STATUS  HEARING date of April 17, 2015 presently scheduled at 9:30 a.m., before the

Honorable John S. Tigar, be vacated and re-set for April 24, 2015 at 9:30 a.m. for CHANGE OF

PLEA.

The reason for this request is that the parties have reached a resolution of this case in

principle, but additional time is needed to draft a proposed plea agreement and seek approval for

it.  The defense will also need time to review the plea agreement with Mr. Dieago.  The parties

agree and stipulate that the time until April 24, 2015 should be excluded, under 18 U.S.C.

§3161(H)(7)(A) and (B)(iv), because the ends of justice served by the granting of the continuance

outweigh the bests interests of the public and the defendant in a speedy and public trial.  The

1    continuance is necessary to accommodate both counsels' preparation efforts.

2

3    _____              _____/s/_____
     Date    04/15/15                      John Paul Reichmuth
4                                          Assistant Federal Public Defender
                                           Counsel for defendant DIEAGO
5

6

7                                          _____/s/_____
8    Date    04/15/15                      Tai Milder
                                           Special Assistant United States Attorney
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER

The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate both counsels' preparation efforts including the drafting of the plea agreement, as well as review of document with the defendant.  Based on these findings,

it is hereby ORDERED that the above-captioned matter be continued to April 24, 2015 at 9:30 a.m. for CHANGE OF PLEA, and that time be excluded from the date of this order to April 24, 2015 pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.



April 16, 2015
Date

Judge Jon S. Tigar